LINDA MARSO, Appellant, v HENRY NOVAK, M.D., et al., Respondents.

Submitted May 18, 2009; decided June 11, 2009

Motion for reargument of motion for leave to appeal denied [*see* 12 NY3d 704 (2009)].

MID-VALLEY OIL COMPANY, INC., Appellant, and WESTPORT INSURANCE CORPORATION, as Subrogee of Mid-Valley Oil Company, Inc., Intervenor-Plaintiff, v HUGHES NETWORK SYSTEMS, INC., Defendant and Third-Party Plaintiff-Respondent. NORTH STAR VIDEO, INC., Third-Party Defendant-Respondent.

Submitted March 30, 2009; decided June 11, 2009

Motion, insofar as it seeks leave to appeal from the Appellate Division order that affirmed Supreme Court's order denying a motion for leave to amend the complaint, dismissed upon the ground that such order does not finally determine the action within the meaning of the Constitution; motion for leave to appeal otherwise denied.

MAURICE OPARAJI, Appellant, v THE NEW YORK MORTGAGE COMPANY, LLC, Respondent.

Submitted April 6, 2009; decided June 11, 2009

Motion for leave to appeal dismissed as untimely. The prior motion for leave to appeal made to the Appellate Division was untimely (*see* Karger, Powers of the New York Court of Appeals § 12:3, at 436-437 [3d ed rev]).

Chief Judge LIPPMAN taking no part.